AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| MAGAS CORP. d/b/a 670 ROCKSTEADY SHOP, a Northern Mariana Islands corporation; (see attached) | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| MAGAS ORIGINALS LLC, a California limited liability company; KEITH DUENAS, an individual; and DOES 1 through 10, | ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   MAGAS ORIGINALS LLC
c/o 1505 Corporation
500 N Brand Blvd
Glendale, CA 91206

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nathan Camuti
Camuti Law Group APC
33 Brookline
Aliso Viejo, CA 92656

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
#### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  MAGAS ORIGINALS LLC, a California LLC,

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

1   Nathan Camuti (SBN 300568)
2   Andrew Cowan (SBN 356310)
    CAMUTI LAW GROUP APC
3   33 Brookline
4   Aliso Viejo, CA 92656
    Telephone: 949.716.5565
5   nate@camutilaw.com
6   andrew@camutilaw.com

7   *Attorneys for Plaintiffs*

8                 **UNITED STATES DISTRICT COURT**
9                **CENTRAL DISTRICT OF CALIFORNIA**

10

11  MAGAS CORP. d/b/a 670                  Case No.
    ROCKSTEADY SHOP, A Northern
12  Mariana Islands corporation; MAY ANN   **COMPLAINT FOR LEGAL AND**
    CABRERA, an individual; NICOLLETE       **EQUITABLE RELIEFS CLAIMING:**
13  VILLAGOMEZ, guardian ad litem for        1. **FEDERAL SERVICE MARK**
14  K.C. & R.C.; ESTATE OF FRANCISCO            **INFRINGEMENT;**
    DELEON GUERRERO CABRERA;                 2. **FEDERAL UNFAIR**
15                                              **COMPETITION;**
16              Plaintiffs,                   3. **FEDERAL FALSE**
                                                **DESIGNATION OF ORIGIN;**
17        v.                                  4. **STATE UNFAIR**
18                                              **COMPETITION; AND**
19  MAGAS ORIGINALS LLC, a California        5. **COMMON LAW**
    limited liability company; KEITH            **TRADEMARK**
20  DUENAS, an individual; and DOES 1           **INFRINGEMENT.**
    through 10,
21                                           **DEMAND FOR JURY TRIAL**
22              Defendants.
23

24

25

26

27

28