AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| MAGAS CORP. d/b/a 670 ROCKSTEADY SHOP, a Northern Mariana Islands corporation; (see attached) <br><br> *Plaintiff(s)* <br> v. <br> MAGAS ORIGINALS LLC, a California limited liability company; KEITH DUENAS, an individual; and DOES 1 through 10, <br><br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  KEITH DUENAS
44941 Trotsdale Dr.
Temecula, CA 92592


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Nathan Camuti
Camuti Law Group APC
33 Brookline
Aliso Viejo, CA 92656


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* KEITH DUENAS, an individual,
was received by me on *(date)*                        .

☐ I personally served the summons on the individual at *(place)*
                                                                         on *(date)*                   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
                                       , a person of suitable age and discretion who resides there,
on *(date)*                  , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                                  , who is
designated by law to accept service of process on behalf of *(name of organization)*
                                                                         on *(date)*                   ; or

☐ I returned the summons unexecuted because                                                  ; or

☐ Other *(specify)*:

My fees are $                   for travel and $                   for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

Nathan Camuti (SBN 300568)
Andrew Cowan (SBN 356310)
CAMUTI LAW GROUP APC
33 Brookline
Aliso Viejo, CA 92656
Telephone: 949.716.5565
nate@camutilaw.com
andrew@camutilaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGAS CORP. d/b/a 670 ROCKSTEADY SHOP, A Northern Mariana Islands corporation; MAY ANN CABRERA, an individual; NICOLLETE VILLAGOMEZ, guardian ad litem for K.C. & R.C.; ESTATE OF FRANCISCO DELEON GUERRERO CABRERA;<br><br>Plaintiffs,<br><br>v.<br><br>MAGAS ORIGINALS LLC, a California limited liability company; KEITH DUENAS, an individual; and DOES 1 through 10,<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR LEGAL AND EQUITABLE RELIEFS CLAIMING:**<br>1. **FEDERAL SERVICE MARK INFRINGEMENT;**<br>2. **FEDERAL UNFAIR COMPETITION;**<br>3. **FEDERAL FALSE DESIGNATION OF ORIGIN;**<br>4. **STATE UNFAIR COMPETITION; AND**<br>5. **COMMON LAW TRADEMARK INFRINGEMENT.**<br><br>**DEMAND FOR JURY TRIAL** |