UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGAS CORP. ET AL., <br><br>   Plaintiffs, <br><br> v. <br><br> MAGAS ORIGINALS LLC ET AL., <br><br>   Defendants. | Case No. EDCV 25-278-KK-DTBx <br><br><br> JUDGMENT |

Pursuant to the Orders Granting Plaintiffs' Motion for Default Judgment and Granting Plaintiff's Motion for Attorneys' Fees, IT IS HEREBY ADJUDGED that judgment is entered in favor of plaintiffs Magas Corp., May Ann Cabrera, Nicollete Villagomez, and the Estate of Francisco Deleon Guerrero Cabrera ("Plaintiffs") against defendants Magas Originals LLC and Keith Duenas ("Defendants") as follows:

1. Defendants are ORDERED to pay Plaintiffs monetary damages in the amount of $53,762.15;
2. Defendants are ORDERED to pay Plaintiffs attorneys' fees in the amount of $11,752.00;
3. Defendants are ORDERED to pay Plaintiffs costs in the amount of $405.00; and

1    4.    Defendants are permanently enjoined from further infringement on
2          United States Trademark Registration No. 3566485.

(JS-6)

Dated: August 25, 2025

_____
HONORABLE KENLY KIYA KATO
United States District Judge

2